# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WARREN JOSEPH, JR.

NO. 2024 KW 0923

**DECEMBER 17, 2024**

---

In Re:     Warren Joseph, Jr., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 248207.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT